ASSETS REALIZATION CO., Appellant, v. HOWARD et al., Respondents. (Supreme

Court, Appellate Division, Fourth Department. October 2, 1912.) Action by the Assets Realization Company, suing in behalf of itself, etc., against Clarence M. Howard and others. No opinion. Motion granted, directing entry of order of affirmance nunc pro tunc as of the 2d day of May, 1912, the date of argument. See, also, 136 N. Y. Supp. 1130.